412 A.2d 1105

**COMMONWEALTH of Pennsylvania**

v.

**David CHACKO, Appellant.**

Supreme Court of Pennsylvania.

Argued March 11, 1980.

Decided April 10, 1980.

John P. Liekar, Public Defender, for appellant.

Jess D. Costa, Dist. Atty., Paul M. Petro, 1st Asst. Dist. Atty., for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

## OPINION

PER CURIAM:

Judgment of sentence affirmed.